FILED
RICHARD W. NAGEL
CLERK OF COURT
2019 APR -8 PM 3:24
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV. DAYTON

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:19-cr-67 |
| | : | Judge Walter H. Rice |
| Plaintiff, | : | I N F O R M A T I O N |
| | : | |
| v. | : | 21 U.S.C. § 841(a)(1) |
| | : | |
| DESMEN PAULEY, | : | |
| | : | |
| Defendant. | : | |

The United States Attorney charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)]

On or about January 18, 2019, in the Southern District of Ohio, defendant **DESMEN PAULEY** knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

BENJAMIN C. GLASSMAN
United States Attorney

_____
BRENT G. TABACCHI
Assistant United States Attorney

Page **1** of **1**