IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DESMEN PAULEY,

    Defendant.

Case No. 3:19cr67

JUDGE WALTER H. RICE

---

ENTRY REFERRING DEFENDANT TO DR. MASSIMO De MARCHIS, PSY.D., FOR AN EXAMINATION TO DETERMINE PRESENT MENTAL STATUS OF DEFENDANT, PURSUANT TO 18 U.S.C.§3552(c); PROCEDURES ORDERED OF COUNSEL; REQUEST OF DR. De MARCHIS AND OF COUNSEL

---

This Court, on its own motion and with the full concurrence of both government counsel and counsel for defendant, refers the defendant to Dr. Massimo De Marchis, Psy.D., for a determination of defendant's present mental status, pursuant to 18 United States Code §3552(c) and for a report of said evaluation. Specific attention should be given to defendant's cognitive abilities.

Defendant is currently on bond with this Court. The Court requests Dr. De Marchis to contact defendant's counsel, Anthony VanNoy, at 937-952-5043 to facilitate the scheduling of an appointment.

It is the request of this Court that counsel for the defendant and the government furnish Dr. De Marchis with any materials and/or statements they wish within seven days from date of this Entry. For its part, the Court will furnish the Pre-Sentence Investigation Report in the instant case

to Dr. De Marchis. Dr. De Marchis should delay any evaluation until expiration of the seven-day period.

Dated: September 4, 2019

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copy to:
Counsel of record